UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMED NAGI,

       Plaintiff,

                                       CIVIL NO. 2:14-13948

       v.

                                       HON. AVERN COHN

JOHN F. KERRY,                      MAG. JUDGE DAVID R. GRAND

       Defendant.

_____/

**STIPULATED ORDER EXTENDING DEFENDANT'S DEADLINE FOR
ANSWERING**

       Plaintiff Ahmed Nagi and Defendant John F. Kerry, by and through their

undersigned attorneys, stipulate to entry of an order extending Defendant's deadline to

answer or otherwise respond to the Complaint by 30 days, from December 29, 2014, to

January 28, 2015.  Accordingly, Defendant shall answer or otherwise respond to the

Complaint no later than January 28, 2015.

       **IT IS SO ORDERED.**

Dated:  December 12, 2014                s/Avern Cohn_____
                                     UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2014

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, MICHIGAN

*/s/ Lena Masri (by CAD with consent via*
*email on 12/12/14)*
LENA F. MASRI (P73461)
Attorney for Plaintiff
21700 Northwestern Hwy, Ste. 815
Southfield, MI 48075
Phone: (248) 559-2247
lmasri@cair.com

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

*s/ Craig A. Defoe*
CRAIG A. DEFOE
Indiana Bar No. 2707849
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4114
(202) 305-7000 (fax)
craig.defoe@usdoj.gov

Attorneys for Defendant