UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMED NAGI,

    Plaintiff,

    v.

JOHN F. KERRY,

    Defendant.
_____/

CIVIL NO. 2:14cv13948

HON. AVERN COHN
MAG. JUDGE DAVID R. GRAND

**STIPULATED ORDER DISMISSING CASE**

On January 26, 2015, the U.S. Department of State issued a passport to Plaintiff Ahmed Nagi. Plaintiff and Defendant ("the Parties") agree that issuance of the passport renders this case moot. Accordingly, the Parties, by and through their undersigned attorneys, jointly stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal of this action with prejudice. The Parties agree to bear their own costs and fees.

    **SO ORDERED.**

                                          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 22, 2015

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 22, 2015, by electronic and/or ordinary mail.

                                          s/Sakne Chami
                                          Case Manager, 313-234-5160

| | |
|---|---|
| Dated: January 27, 2015 | Respectfully submitted, |
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS, MICHIGAN | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| */s/ Lena Masri (by CAD with consent via email on 01/27/15)*<br>LENA F. MASRI (P73461)<br>Attorney for Plaintiff<br>21700 Northwestern Hwy, Ste. 815<br>Southfield, MI 48075<br>Phone: (248) 559-2247<br>lmasri@cair.com | WILLIAM C. PEACHEY<br>Director<br><br>*s/ Craig A. Defoe*<br>CRAIG A. DEFOE<br>Indiana Bar No. 2707849<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 532-4114<br>(202) 305-7000 (fax)<br>craig.defoe@usdoj.gov<br><br>Attorneys for Defendant |